

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant has filed a motion in this court seeking appointment of counsel to represent her in this appeal from denial of a post-conviction habeas corpus application. A post-conviction habeas corpus applicant is not constitutionally or statutorily entitled to appointment of counsel, although the trial court may appoint counsel when "the interests of justice require representation." *Ex parte Graves*, 70 S.W.3d 103, 111 (Tex. Crim. App. 2002); *Rincon v. State*, No. 04-02-00868-CR, 2003 WL 21919256, at *1 (Tex. App.—San Antonio Aug. 13, 2003, no pet.) (per curiam); *see also* TEX. CODE CRIM. PROC. ANN. art. 1.051(c). Therefore, appellant's motion is DENIED without prejudice to her seeking similar relief in the trial court. Appellant's brief is currently due on December 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court